

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00397-CV

**MPII, INC.** D/B/A Mission Park Funeral Chapels and Cemeteries,
Appellants

v.

Timothy **MOTT** and Sharlotte Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's reply brief is currently due April 12, 2019. On March 26, 2019, appellant filed a second, unopposed motion for extension of time, asking for an additional fourteen days in which to file the reply brief. After review, we **GRANT** the motion and **ORDER** appellant to file its reply brief in this court **on or before April 29, 2019** – the date requested, April 26, 2019, is a court holiday. *See* Tex. R. App. P. 4.1(a).

We **order** the clerk of this court to serve a copy of this order on all counsel.

It is so ORDERED on March 27, 2019.

PER CURIAM

ATTESTED TO: _____
    KEITH E. HOTTLE,
    Clerk of Court